# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIE JAMES SHELLMAN,**

                **Petitioner,**

**-vs-**                                      **Case No. 6:04-cv-845-Orl-22DAB**

**ATTORNEY GENERAL, STATE OF
FLORIDA, and SECRETARY, DEPARTMENT
OF CORRECTIONS,**

                **Respondents.**
_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Petitioner, Willie James Shellman, take nothing and the action be dismissed.

Date:   April 18, 2005

                                        SHERYL L. LOESCH, CLERK

                                        s/ *M. Pleicones*, Deputy Clerk